# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLARISSA HARRIS,

    Plaintiff

v.

DIAMOND DOLLS OF NEVADA, LLC, et al.,

    Defendants

Case No.: 2:19-cv-01678-APG-BNW

**Order Transferring Case to the Unofficial Northern Division**

    This action was filed in the unofficial southern division of the court. However, it appears from the complaint that all parties are located in northern Nevada and the actions giving rise to the complaint occurred in northern Nevada. ECF No. 1 at 2-3.

    IT THEREFORE IS ORDERED that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiff regarding any federal limitation period and filing fee.

    DATED this 26th day of September, 2019.

                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE